**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    1221 Eldridge Road, Inc. v. Life Changing Ministries and Fellowship, Inc. Eric Stephens, and Jennifer Stephens

Appellate case number:    01-14-00893-CV

Trial court case number:    13-CCV-050162

Trial court:    County Court at Law No. 1 of Fort Bend County

It is ordered that Appellees' Motion for Panel Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                                    Acting for the Court

Panel consists of:    Justices Higley, Huddle, and Lloyd

Date: <u>April 5, 2016</u>